HOLLY A. SULLIVAN
California State Bar No. 216376
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101
Telephone:   (619) 234-8467
Facsimile:   (619) 687-2666

Attorneys for RUSSUM

FILED

2007 MAY 22  AM 10: 47

CLERK US DIS...
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE NAPOLEON A. JONES, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>ROBERT GRANT RUSSUM,<br><br>              Defendant. | CASE NO.  06CR0609-J<br><br>DATE:    May 21, 2007<br>TIME:    8:15 a.m.<br><br>WAIVER OF TRIAL BY JURY AND<br>REQUEST FOR SPECIFIC FINDINGS OF FACT |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
      JOHN R. KRAEMER, ASSISTANT UNITED STATES ATTORNEY:

  I, ROBERT GRANT RUSSUM, hereby waive my right to a trial by a jury and request the Court to try all charges against me in my case without a jury.

  I, ROBERT GRANT RUSSUM, further request the Court to state its specific findings of fact in open court at the conclusion of my trial pursuant to Federal Rule of Criminal Procedure 23(c).

Dated: May 20, 2007

                                            /s/ Robert Grant Russum
                                            ROBERT GRANT RUSSUM
                                            Defendant

06CR0609-J


The undersigned attorneys represent that prior to the signing of the foregoing waiver, Mr. Russum was fully advised as to the rights of an accused under the Constitution and laws to a speedy and public trial by jury, and the right to request specific findings in a case tried without a jury; and further represent that, in their opinion, the above waiver by Mr. Russum of trial by jury is a knowing and voluntary waiver, and recommends to the Court that the waiver be approved.

Dated: May 21, 2007

HOLLY A. SULLIVAN
Federal Defenders of San Diego, Inc.
Attorneys for Mr. RUSSUM

The United States Attorney hereby consents that the case be tried without a jury, and waives the right to request any special findings of fact as provided by Rule 23 (c) of the Federal Rules of Criminal Procedure.

Dated: May 21, 2007

JOHN R. KRAEMER
Assistant United States Attorney

Dated: May 21, 2007

NAPOLEON A. JONES, JR.
United States District Judge

06CR0609-J